BRIDGET CASHEN, Respondent, *v.* THE CITY OF AUBURN, Impleaded, etc., Appellant.

(Argued April 20, 1888; decided May 4, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 24, 1885, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*George Underwood* for appellant.

*L. E. Warren* for respondent.

Agree to dismiss appeal on authority of *Delaware, Lackawanna and Western Railroad Company* v. *Burkard* (*ante,* p. 648).
All concur.
Appeal dismissed.

———

CHARLES ROBINSON, Respondent, *v.* THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued April 10, 1888; decided June 5, 1888.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made December 12, 1887, which affirmed an order of reference in the above entitled action.

*J. A. Buchanan* for appellant.

*Henry L. Burnett* for respondent.

Agree to affirm; no opinion.
All concur,
Order affirmed.